UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

               Plaintiff,

-against-

ANTOINE B. JEFFERSON
a/k/a JEFFERSON ANTOINE,

               Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV-5943 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 3 1 2006 ★
P.M. _____
TIME A.M. _____

       An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on March 28, 2006, dismissing the complaint in this cause without prejudice; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the complaint in this cause is dismissed without prejudice.

Dated: Brooklyn, New York
       March 30, 2006

                                          ROBERT C. HEINEMANN
                                          Clerk of Court